# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STARSKY CREAMER, #B55546, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No. 17-cv-00408-JPG ) |
| FAYETTE COUNTY HOSPITAL and CHARLES SIMS, | ) ) ) ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge J. Phil Gilbert, and the following decision was reached:

**JUDGMENT IS HEREBY ENTERED AGAINST** Plaintiff and **IN FAVOR OF** Defendants. Plaintiff shall recover nothing, and the action is **DISMISSED** without prejudice, the parties to bear their own costs. This dismissal shall count as one of Plaintiff's allotted "strikes" under 28 U.S.C. § 1915(g).

**DATED**: July 10, 2017

JUSTINE FLANAGAN, ACTING CLERK

By: s/ Tammy McMannis
      Deputy Clerk

APPROVED: *s/ J. Phil Gilbert*
                J. Phil Gilbert
                United States District Judge